JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY VICKERY, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>IMERYS USA, INC., a Delaware Corporation, and DOES 1 – 25,<br><br>    Defendant. | CASE NO. 2:16-cv-0726-MWF<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

79931485.1

ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

## ORDER

The Court has reviewed the Joint Stipulation of Dismissal of Entire Action with Prejudice (the "Stipulation") filed by Plaintiff Larry Vickery ("Plaintiff") and Defendant Imerys USA, Inc. ("Imerys")(collectively, the "Parties"):

IT IS HEREBY ORDERED that Plaintiff's Complaint in the above-referenced action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to the Parties' Stipulation, each party shall bear their own respective attorneys' fees and costs incurred in this action.

IT IS SO ORDERED.

Dated: July 29, 2016

*[signature: Michael W. Fitzgerald]*

HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE